IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR429 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM T. MONNIER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's Notice of Intent to Destroy Exhibits. Filing No. 226. There is currently a "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" ("§ 2255 motion") pending in this case. Filing No. 214. Accordingly,

IT IS ORDERED that:

1. The United States shall not destroy any exhibits in this action until after the defendant's § 2255 motion is resolved and the time for appeal of the § 2255 order has expired.

2. The Clerk of Court is directed to mail a copy of this Order to the defendant at his current address, as he is no longer represented by counsel.

DATED this 27th day of June 2008.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge