IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:02CR429 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILLIAM T. MONNIER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's motion to extend response time, Filing No. 239, for forty-five days. The court has reviewed the motion and notes that defense counsel has no objection to this extension.

THEREFORE, IT IS ORDERED that the government's motion for extension of time, Filing No. 239, is granted until July 27, 2009.

DATED this 18th day of June, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge