IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:02CR429 |
| v. | ) | |
| WILLIAM T. MONNIER, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the government's Notice of Intent to Destroy Exhibits. Filing No. 267. After considering the matter, the court will allow the government to destroy the exhibits **no earlier than** January 1, 2012, and only if the defendant does not file an objection on or before December 31, 2011.

IT IS ORDERED that:

1. The defendant is granted an extension until December 31, 2011, to object to the government's motion.

2. The United States shall not destroy any exhibits in this action until after January 1, 2012, and after that date, shall not destroy any exhibits if an objection is filed by the defendant.

3. The Clerk of Court is directed to mail a copy of this Order to the defendant at his current address, as he is no longer represented by counsel.

DATED this 28th day of November, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge