IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>WILLIAM T. MONNIER,<br><br>     Defendant. | **8:02CR429**<br><br>**ORDER** |

  This matter is before the court on the motion for early release filed by the defendant. Filing No. 269. The court has reviewed the motion and finds it does not have jurisdiction to order an early release in this case. Issues of early release and placement are left to the determination of the Bureau of Prisons.

  THEREFORE, IT IS ORDERED that defendant's motion for early release, Filing No. 269, is denied.

  Dated this 17th day of September, 2013.

              BY THE COURT:

              s/ Joseph F. Bataillon
              United States District Judge