IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM T. MONNIER,<br><br>                Defendant. | **8:02CR429**<br><br>**ORDER** |

This matter is before the court on the Petition for Writ of Habeas Corpus, Filing No. 271, filed by the defendant.

**IT IS ORDERED**:

Stuart J. Dornan, 1403 Farnam Street, Suite 232, Omaha, Nebraska 68102, (402) 884-7044, is appointed to represent William T. Monnier for the balance of these proceedings. Mr. Dornan shall file an appearance in this matter forthwith.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to Mr. Dornan and the Office of the Federal Public Defender.

Dated this 6th day of February, 2014.

                                                    BY THE COURT:

                                                    s/ Joseph F. Bataillon
                                                    United States District Judge