IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>WILLIAM T. MONNIER,<br><br>                Defendant. | **8:02CR429**<br><br>**ORDER** |

This matter is before the court on the defendant's motion to vacate under 28 U.S.C. § 2255, Filing No. 271. Under the Rules Governing Section 2255 Proceedings for the United States District Courts ("2255 Rules"), the court must perform an initial review of the defendant's § 2255 motion. See 28 U.S.C. § 2255, Rule 4(b). The rules provide that unless "it plainly appears from the face of the motion and any annexed exhibits and the prior proceedings in the case that the movant is not entitled to relief in the district court," the court must order the United States Attorney to respond to the motion. *Id.*

A jury found defendant guilty in Count I of conspiracy and in Count II of distribution of less than 50 grams of methamphetamine and was sentenced to the 360 months to run concurrently. His sentence was affirmed on appeal. In his § 2255 motion, the defendant alleges that the United States has issued a memorandum and order that directly affects his sentence in this case. The court granted defendant in forma pauperis status and appointed counsel for him.

On initial review, the court finds that "it does not plainly appear that the defendant is entitled to no relief," and that the government should be required to answer. On

receipt of the government's answer, the court will determine (a) whether to order the parties to submit briefs on the merits, so that the defendant's claims may be resolved on the basis of the record and briefs, or (b) whether an evidentiary hearing is required. *See* Rule 8(a) of the Rules Governing Section 2255 Proceedings for the United States District Courts.

THEREFORE, IT IS ORDERED:

1. On initial review, the court finds that summary dismissal is not appropriate.

2. The United States shall file an answer to the defendant's § 2255 motion within 21 days of the date of this order.

Dated this 14th day of March, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge