IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:02CR429 |
| v. | |
| WILLIAM T. MONNIER, | JUDGMENT |
| Defendant. | |

Pursuant to the Memorandum and Order entered on this date, the court denies the defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 (Filing No. 271) and enters judgment in favor of the United States of America and against William T. Monnier.

DATED this 23rd day of February, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge