IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM T. MONNIER,<br><br>    Defendant. | 8:02CR429<br><br>**ORDER** |

This matter is before the Court on defendant's motion for reconsideration, Filing No. 307. The Court has carefully reviewed the motion and determines it is without merit.

THEREFORE IT IS ORDERED THAT defendant's motion for reconsideration, Filing No. 307, is denied.

Dated this 6th day of August, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge